Supreme Court, New York Special Term. Reported. N. Y. L. J., May 1, 1900.

In the Matter of the Petition of HENRY H. LYMAN to Revoke the Liquor Tax Certificate of FRANK J. CAMPBELL.

FITZGERALD, J.  I can only find from the evidence taken before the referee and by him reported to the court, that the answer made by respondent in reply to question No. 16 in application for liquor tax certificate was false. The falsehood was material from the fact that, if the truth had been told, the application could not have been granted without the consent of adjoining owners. The motion to revoke and cancel the certificate is granted. Settle order on notice.